UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 11-00392-(FLW)(LHG) |
| vs. | : | Hon. Lois H. Goodman |
| YVONNE POTTS | : | <u>DETENTION ORDER</u> |

This matter having been opened to the Court on motion of the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (R. Joseph Gribko, Assistant United States Attorney, appearing), in the presence of Alison Brill, Esq., attorney for defendant Yvonne Potts, for an order pursuant to 18 U.S.C. §§ 3142(e) and 3143 (a), detaining defendant; and

The Court having found that the defendant has failed to establish by clear and convincing evidence that she does not pose a risk of nonappearance or danger to the community;

IT IS, therefore, on this 4th day of May, 2018,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant be committed to the custody of the Attorney General or his authorized representative pending her hearing on her violation of supervised release; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an

attorney for the United States, defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining defendant without bail pending her hearing is hereby granted, and defendant is hereby ordered detained pending her hearing in the above-entitled matter.

_____
HON. LOIS H. GOODMAN
United States Magistrate Judge